# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, through UTAH DEPARTMENT OF NATURAL RESOURCES – DIVISION OF WILDLIFE RESOURCES, an agency of the State of Utah; and UTAH DEPARTMENT OF TRANSPORTATION, an agency of the State of Utah,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA OVESON, Trustee of SHCH ALASKA TRUST, dated January 2, 2014; JANA GUNDERSON, Trustee of ROCKY MOUNTAIN HOLDING TRUST, dated January 5, 1993; and JOHN DOES 1-10,<br><br>Defendants. | **ORDER REMANDING CASE TO STATE COURT**<br><br>Case No. 2:23-cv-00789-JNP-DBP<br><br>District Judge Jill N. Parrish |

Before the court is a motion to remand this case to state court filed by Plaintiff Utah Department of Transportation. ECF No. 32 ("Mot."). Defendants Andrea Oveson and Jana Gunderson filed a response indicating that they do not oppose Plaintiff's motion. ECF No. 34 ("Response"). Therefore, the court GRANTS Plaintiff's Motion and REMANDS this action to the Fourth District Court, Wasatch County.

DATED March 28, 2025

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge